IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-SC-5348(ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| 1. THOMAS JOSEPH PETTERS; PETTERS COMPANY INC., PCI; PETTERS GROUP WORLDWIDE, LLC; | ) ) ) |
| 2. DEANNA COLEMAN aka DEANNA MUNSON; | ) |
| 3. ROBERT WHITE; | ) |
| 4. JAMES WEHMHOFF; | ) |
| 5. LARRY REYNOLDS dba NATIONWIDE INTERNATIONAL RESOURCES aka NIR; | ) ) ) |
| 6. MICHAEL CATAIN dba ENCHANTED FAMILY BUYING COMPANY; | ) ) |
| 7. FRANK E. VENNES JR. dba METRO GEM FINANCE, METRO GEM INC., GRACE OFFERINGS OF FLORIDA LLC, METRO PROPERTY FINANCING, LLC, 38 E. ROBINSON, LLC, 55 E. PINE, LLC, ORLANDO RENTAL POOL, LLC, 100 PINE STREET PROPERTY, LLC, ORANGE STREET TOWER, LLC, CORNERSTONE RENTAL POOL, LLC, 2 SOUTH ORANGE AVENUE, LLC, HOPE COMMONS, LLC, METRO GOLD, INC.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER UNSEALING CASE**

IT IS HEREBY ORDERED that,

Good cause having been shown, all pleadings, exhibits, and other papers filed in this matter, the docket sheet, and

this and all other Orders entered by this Court shall be immediately unsealed. Upon the filing of this Order, this matter shall proceed as an unsealed case.

IT IS SO ORDERED.

Dated: 6 October 2008

Ann D. Montgomery
United States District Judge