## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,                Civil No. 08-cv-5348 (ADM/JSM)

v.

Thomas Joseph Petters;
Petters Company, Inc.;
Petters Group Worldwide, LLC;
et al.

        Defendant.          **CERTIFICATE OF SERVICE**

William Procida, as the Illinois receiver
of Petters Group Worldwide, LLC
and Petters Company, Inc.,

        Applicant for Intervention.

---

I hereby certify that on October 7, 2008, I caused the following document(s):

1. **Emergency Motion of Receiver William Procida: (1) To Intervene In Lawsuit, and (2) To Amend Court Order Under Fed. R. Civ. P. 59;**

2. **Notice of Emergency Motion of Receiver William Procida: (1) To Intervene In Lawsuit, and (2) To Amend Court Order Under Fed. R. Civ. P. 59;**

3. **Memorandum of Law of Receiver William Procida In Support Of Emergency Motion: (1) To Intervene In Lawsuit, and (2) To Amend Court Order Under Fed. R. Civ. P. 59;**

4. **Affidavit of William Procida In Support of Emergency Motion: (1) To Intervene In Lawsuit, and (2) To Amend Court Order Under Fed. R. Civ. P. 59; and**

5. **Proposed Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Gregory G. Brooker          greg.brooker@usdoj.gov

Robyn A. Millenacker    robyn.millenacker@usdoj.gov

Jon M. Hopeman            jhopeman@felhaber.com

Douglas A. Kelley          dkelley@kelleywolter.com

In addition, I hereby certify that on October 7, 2008, I caused the above documents to be faxed to the above individuals at the numbers listed below:

| | |
|---|---|
| Gregory G. Brooker, Esq.<br>Robyn A. Millenacker, Esq.<br>United States Attorney's Office<br>300 South 4th Street, Ste 600<br>Minneapolis, MN 55415<br>Fax: 612-664-5788 | Jon M. Hopeman, Esq.<br>Felhaber Larson Fenlon & Vogt, PA<br>220 South 6th Street, Ste 2200<br>Minneapolis, MN 55402-4504<br>Fax: 612-338-0535 |
| Douglas A. Kelley, Esq.<br>Kelley & Wolter, P.A.<br>431 South 7th Street, Ste 2530<br>Minneapolis, MN 55415<br>Fax: 612-371-0574 | |

Dated:  October 7, 2008              FAFINSKI MARK & JOHNSON, P.A.

By:___s/  David E. Runck_____
    Connie A. Lahn, #0269219
    David E. Runck, #0289954
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, Minnesota 55344
Telephone:  (952) 995-9500
Facsimile:  (952) 995-9577
Connie.Lahn@fmjlaw.com
David.Runck@fmjlaw.com