```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MINNESOTA
                 Civil No. 08-5348(ADM/JSM)

UNITED STATES OF AMERICA,                          )
                                                   )
               Plaintiff,                          )
                                                   )
v.                                                 )
                                                   )
1.    THOMAS JOSEPH PETTERS;                       )
      PETTERS COMPANY INC.,                        )
      PCI; PETTERS GROUP WORLDWIDE, LLC;           )
2.    DEANNA COLEMAN aka DEANNA MUNSON;            )
3.    ROBERT WHITE;                                )
4.    JAMES WEHMHOFF;                              )
5.    LARRY REYNOLDS dba                           )
      NATIONWIDE INTERNATIONAL RESOURCES           )
      aka NIR;                                     )
6.    MICHAEL CATAIN dba                           )
      ENCHANTED FAMILY BUYING COMPANY;             )
7.    FRANK E. VENNES JR. dba                      )
      METRO GEM FINANCE,                           )
      METRO GEM INC.,                              )
      GRACE OFFERINGS OF FLORIDA LLC,              )
      METRO PROPERTY FINANCING, LLC,               )
      38 E. ROBINSON, LLC,                         )
      55 E. PINE, LLC,                             )
      ORLANDO RENTAL POOL, LLC,                    )
      100 PINE STREET PROPERTY, LLC,               )
      ORANGE STREET TOWER, LLC,                    )
      CORNERSTONE RENTAL POOL, LLC,                )
      2 SOUTH ORANGE AVENUE, LLC,                  )
      HOPE COMMONS, LLC,                           )
      METRO GOLD, INC.;                            )
                                                   )
               Defendants.                         )
```

**UNITED STATES'S MOTION TO EXTEND
THE TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65(b), Plaintiff the United States moves this court for an Order extending by another 10 days the Temporary Restraining Order ("TRO") issued October 3, 2008. Rule 65(b) provides for the extension of a TRO for good cause shown. Previously, on October 6, 2008, a Stipulation was entered by the United States and Defendants Petters Company Inc., and Petters Group Worldwide, LLC et al. The Court approved that Stipulation and appointed Doug Kelley as receiver for those Defendants. As set forth in the accompanying declaration of Robyn A. Millenacker, the United States is currently engaged in ongoing discussions with the remaining defendants to obtain agreement to a Stipulation seeking entry of a Preliminary Injunction, including the appointment of an additional receiver. Counsel for the United States has consulted with counsel for each of the remaining defendants, and they have all agreed that it is in the interest of the parties that the TRO be extended by an additional 10 days.

Accordingly, the United States seeks that the TRO be extended for an additional ten days beyond the current October 13 expiration date, or through and including October 23, 2008.

The parties have also agreed that the hearing on this matter scheduled for October 10, 2008 at 10:00 a.m. is not necessary at this time and should be postponed.

Dated: October 9, 2008          FRANK J. MAGILL, JR.
                                United States Attorney

                                s/David W. Fuller

                                BY: DAVID W. FULLER
                                Assistant U.S. Attorney
                                Attorney ID Number 6271763
                                600 United States Courthouse
                                300 South Fourth Street
                                Minneapolis, MN 55415
                                (612) 664-5600
                                Attorneys for the United States
                                of America