IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348(ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1. THOMAS JOSEPH PETTERS; PETTERS COMPANY INC., PCI; PETTERS GROUP WORLDWIDE, LLC; | ) |
| 2. DEANNA COLEMAN aka DEANNA MUNSON; | ) |
| 3. ROBERT WHITE; | ) |
| 4. JAMES WEHMHOFF; | ) |
| 5. LARRY REYNOLDS dba NATIONWIDE INTERNATIONAL RESOURCES aka NIR; | ) |
| 6. MICHAEL CATAIN dba ENCHANTED FAMILY BUYING COMPANY; | ) |
| 7. FRANK E. VENNES JR. dba METRO GEM FINANCE, METRO GEM INC., GRACE OFFERINGS OF FLORIDA LLC, METRO PROPERTY FINANCING, LLC, 38 E. ROBINSON, LLC, 55 E. PINE, LLC, ORLANDO RENTAL POOL, LLC, 100 PINE STREET PROPERTY, LLC, ORANGE STREET TOWER, LLC, CORNERSTONE RENTAL POOL, LLC, 2 SOUTH ORANGE AVENUE, LLC, HOPE COMMONS, LLC, METRO GOLD, INC.; | ) |
| | ) |
| Defendants. | ) |

**ORDER AUTHORIZING CERTAIN TRANSACTIONS SUBJECT TO THE TEMPORARY RESTRAINING ORDER**

Pursuant to 18 U.S.C. § 1345 and the inherent equitable powers of this Court, and based on the United States's October 14, 2008 Motion to Authorize Certain Transactions Subject to the Temporary Restraining Order entered on October 3, 2008 in this matter (the TRO), together with the representations made in that motion and accompanying declarations, it is HEREBY ORDERED:

1. That Defendant Frank Vennes is permitted to sell his golf club membership in connection with the sale of his son's home which was arranged prior to entry of the TRO and scheduled to close on October 8, 2008. The proceeds from the sale of this golf club membership are subject to the terms of the TRO and shall be handled accordingly; AND

2. That U.S. Bank is permitted to unfreeze Account No. xxxxxxxxxx68 for urgent living expenses needed by Defendant Deanna Coleman.

SO ORDERED.

BY THE COURT:

   s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: October 14, 2008.