```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MINNESOTA
                     Civil No. 08-5348(ADM/JSM)
```

UNITED STATES OF AMERICA,                          )
                                                   )
               Plaintiff,                          )
                                                   )
v.                                                 )
                                                   )
1.   THOMAS JOSEPH PETTERS;                        )
     PETTERS COMPANY INC.,                         )
     PCI; PETTERS GROUP WORLDWIDE, LLC;            )
2.   DEANNA COLEMAN aka DEANNA MUNSON;             )
3.   ROBERT WHITE;                                 )
4.   JAMES WEHMHOFF;                               )
5.   LARRY REYNOLDS dba                            )
     NATIONWIDE INTERNATIONAL RESOURCES            )
     aka NIR;                                      )
6.   MICHAEL CATAIN dba                            )
     ENCHANTED FAMILY BUYING COMPANY;              )
7.   FRANK E. VENNES JR. dba                       )
     METRO GEM FINANCE,                            )
     METRO GEM INC.,                               )
     GRACE OFFERINGS OF FLORIDA LLC,               )
     METRO PROPERTY FINANCING, LLC,                )
     38 E. ROBINSON, LLC,                          )
     55 E. PINE, LLC,                              )
     ORLANDO RENTAL POOL, LLC,                     )
     100 PINE STREET PROPERTY, LLC,                )
     ORANGE STREET TOWER, LLC,                     )
     CORNERSTONE RENTAL POOL, LLC,                 )
     2 SOUTH ORANGE AVENUE, LLC,                   )
     HOPE COMMONS, LLC,                            )
     METRO GOLD, INC.;                             )
                                                   )
               Defendants.                         )


## STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION, ORDER APPOINTING RECEIVER, AND OTHER EQUITABLE RELIEF

It is hereby stipulated by and between Plaintiff United States of America and Defendant Thomas Joseph Petters, Deanna Coleman aka Deanna Munson; Robert White; James Wemhoff; Larry Reynolds dba NATIONWIDE INTERNATIONAL RESOURCES aka NIR; Michael Catain dba ENCHANTED FAMILY BUYING COMPANY; Frank E. Vennes Jr. dba METRO GEM FINANCE, METRO GEM INC., GRACE OFFERINGS OF FLORIDA LLC, METRO PROPERTY FINANCING, LLC., 38 EAST ROBINSON, LLC, 55 E. PINE, LLC, ORLANDO RENTAL POOL, LLC, ORANGE STREET TOWER, LLC, CORNERSTONE RENTAL POOL, LLC, 2 SOUTH ORANGE AVENUE, LLC, HOPE COMMONS, LLC, METRO GOLD, INC.; by and through their respective attorneys, that the attached Order be entered by the Court.

Dated: *October 8, 2008*

FRANK J. MAGILL, JR.
United States Attorney

BY: ROBYN A. MILLENACKER
Assistant U.S. Attorney
Attorney ID Number 214735
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the United States of America

Dated: October 9, 2008          FELHABER, LARSON, FENLON & VOGT

                                *[signature]*

                                BY:  JON M. HOPEMAN
                                Attorney ID Number 47065
                                220 South Sixth Street, Ste. 2200
                                Minneapolis, MN  55402-4504
                                (612) 339-6321

                                Attorneys for Defendant
                                Thomas Joseph Petters


Dated:                          COLICH & ASSOCIATES



                                BY: MICHAEL J. COLICH
                                Attorney ID Number _____
                                10 South 5th Street #420
                                Lumber Exchange Building
                                Minneapolis, MN 55402

                                Attorneys for Defendant
                                Michael Catain


Dated:                          FREDERIC & BRUNO ASSOC.



                                BY: FRED BRUNO
                                Attorney ID Number _____
                                5500 Wayzata Blvd., #1450
                                Minneapolis, MN 55416
                                (763) 545-7900

                                Attorneys for Defendant
                                Larry Reynolds


3

Dated:                      FELHABER, LARSON, FENLON & VOGT

BY: JON M. HOPEMAN
Attorney ID Number _____
220 South Sixth Street, Ste. 2200
Minneapolis, MN 55402-4504
(612) 339-6321

Attorneys for Defendant
Thomas Joseph Petters

Dated:                      COLICH & ASSOCIATES

BY: MICHAEL J. COLICH
Attorney ID Number 0017899
10 South 5th Street #420
Lumber Exchange Building
Minneapolis, MN 55402

Attorneys for Defendant
Michael Catain

Dated:                      FREDERIC & BRUNO ASSOC.

BY: FRED BRUNO
Attorney ID Number _____
5500 Wayzata Blvd., #1450
Minneapolis, MN 55416
(763) 545-7900

Attorneys for Defendant
Larry Reynolds

3

Dated:                                    FELHABER, LARSON, FENLON & VOGT


                                          BY: JON M. HOPEMAN
                                          Attorney ID Number _____
                                          220 South Sixth Street, Ste. 2200
                                          Minneapolis, MN  55402-4504
                                          (612) 339-6321

                                          Attorneys for Defendant
                                          Thomas Joseph Petters


Dated:                                    COLICH & ASSOCIATES



                                          BY: MICHAEL J. COLICH
                                          Attorney ID Number _____
                                          10 South 5th Street #420
                                          Lumber Exchange Building
                                          Minneapolis, MN 55402

                                          Attorneys for Defendant
                                          Michael Catain


Dated: 10/10/08                           FREDERIC & BRUNO ASSOC.

                                          *[signature: Fr Br]*

                                          BY: FRED BRUNO
                                          Attorney ID Number 123213
                                          5500 Wayzata Blvd., #1450
                                          Minneapolis, MN 55416
                                          (763) 545-7900

                                          Attorneys for Defendant
                                          Larry Reynolds


3

Dated: 10/9/08

GREENE ESPEL P.L.L.P.

*David J. Wallace-Jackson*

BY: ~~ANDREW M. LUGER~~
Attorney ID Number 0288767
200 South 6th Street, # 1200
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Defendant
Jim Wehmhoff

Dated:

JOSEPH S. FRIEDBERG CHARTERED


BY: JOSEPH S. FRIEDBERG
Attorney ID Number _____

Fifth Street Towers, Suite 320
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 339-8626

Attorneys for Defendant
Robert White

Dated:

CAPLAN LAW FIRM, P.A.

BY: ALLAN H. CAPLAN
Attorney ID Number _____

10 South Fifth Street, Suite 525
Minneapolis, MN 55402
(612) 341-4570

Attorney for Defendant
Deanna Coleman

4

Dated:                                GREENE ESPEL P.L.L.P.


                                      BY: ANDREW M. LUGER
                                      Attorney ID Number _____
                                      200 South 6th Street, # 1200
                                      Minneapolis, MN 55402
                                      (612) 373-0830

                                      Attorneys for Defendant
                                      Jim Wehmhoff


Dated: 10/8/06                        JOSEPH S. FRIEDBERG CHARTERED

                                      *[signature]*

                                      BY: JOSEPH S. FRIEDBERG
                                      Attorney ID Number 32D56

                                      Fifth Street Towers, Suite 320
                                      150 South Fifth Street
                                      Minneapolis, Minnesota  55402
                                      (612) 339-8626

                                      Attorneys for Defendant
                                      Robert White


Dated:                                CAPLAN LAW FIRM, P.A.

                                      BY: ALLAN H. CAPLAN
                                      Attorney ID Number _____

                                      10 South Fifth Street, Suite 525
                                      Minneapolis, MN 55402
                                      (612) 341-4570

                                      Attorney for Defendant
                                      Deanna Coleman


4

Dated:                          GREENE ESPEL P.L.L.P.


                                BY: ANDREW M. LUGER
                                Attorney ID Number _____
                                200 South 6th Street, # 1200
                                Minneapolis, MN 55402
                                (612) 373-0830

                                Attorneys for Defendant
                                Jim Wehmhoff


Dated:                          JOSEPH   S.   FRIEDBERG   CHARTERED


                                BY: JOSEPH S. FRIEDBERG
                                Attorney ID Number _____

                                Fifth Street Towers, Suite 320
                                150 South Fifth Street
                                Minneapolis,   Minnesota   55402
                                (612) 339-8626

                                Attorneys for Defendant
                                Robert White

Dated: 10/10/08                 CAPLAN LAW FIRM, P.A.  *[signature: Ryan P. Garry]*

                                BY: ALLAN H. CAPLAN /Ryan P. Garry
                                Attorney ID Number  336129

                                10 South Fifth Street, Suite 525
                                Minneapolis, MN 55402
                                (612) 341-4570

                                Attorney for Defendant
                                Deanna Coleman

4