**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 ADM/JSM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1.   THOMAS JOSEPH PETTERS dba | ) |
| PETTERS COMPANY INC., PCI; | ) |
| 2.   DEANNA COLEMAN aka | ) |
| DEANNA MUNSON; | ) |
| 3.   ROBERT WHITE; | ) |
| 4.   JAMES WEHMHOFF; | ) |
| 5.   LARRY REYNOLDS dba | ) |
| NATIONWIDE INTERNATIONAL RESOURCES aka | ) |
| NIR; | ) |
| 6.   MICHAEL CATAIN dba | ) |
| ENCHANTED FAMILY BUYING COMPANY; | ) |
| 7.   FRANK E. VENNES JR. dba | ) |
| METRO GEM FINANCE, | ) |
| METRO GEM INC., | ) |
| GRACE OFFERINGS OF FLORIDA LLC, METRO | ) |
| PROPERTY FINANCING, LLC, 38 E. ROBINSON, LLC, | ) |
| 55 E. PINE, LLC, | ) |
| ORLANDO RENTAL POOL, LLC, | ) |
| 100 PINE STREET PROPERTY, LLC, | ) |
| ORANGE STREET TOWER, LLC, | ) |
| CORNERSTONE RENTAL POOL, LLC, | ) |
| 2 SOUTH ORANGE AVENUE, LLC, | ) |
| HOPE COMMONS, LLC, | ) |
| METRO GOLD, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER TO MODIFY TEMPORARY RESTRAINING ORDER

Based upon the agreement of counsel for the United States and Defendant Frank E. Vennes, Jr., the Temporary Restraining Order issued on October 3, 2008 in the above-captioned matter (the "TRO") is hereby modified as follows:

Notwithstanding the provisions of the TRO, $153,023.00 may be paid from Defendant Frank E. Vennes, Jr.'s bank account at Washington Mutual to the United States Department of Treasury for his federal tax liability due on October 15, 2008.

IT IS SO ORDERED.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  October 15, 2008.