UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

        **ORDER**
v.        Civil No. 08-5348 ADM/JSM

Thomas Joseph Petters; Petters Company,
Inc., a/k/a PCI; Petters Group Worldwide, LLC;
Deanna Coleman, a/k/a Deanna Munson;
Robert White; James Wehmhoff; Larry
Reynolds and/or d/b/a Nationwide International
Resources, a/k/a NIR; Michael Catain and/or d/b/a
Enchanted Family Buying Company;
Frank E. Vennes, Jr., and/or d/b/a Metro Gem
Finance, Metro Gem, Inc., Grace Offerings
of Florida, LLC, Metro Property Financing,
LLC, 38 E. Robinson, LLC, 55 E. Pine, LLC,
Orlando Rental Pool, LLC, 100 Pine Street
Property, LLC, Orange Street Tower, LLC,
Cornerstone Rental Pool, LLC, 2 South
Orange Avenue, LLC, Hope Commons, LLC,
Metro Gold, Inc.,

        Defendants,

Douglas A. Kelley,

        Receiver,

Gary Hansen,

        Receiver.

___

A hearing has been scheduled for December 23, 2008, at 10:00 a.m. for consideration of Receiver Douglas A. Kelley's ("Receiver Kelley") Motion to Approve Payments of Receiver and Attorney Fees [Docket No. 152]. Previously, Receiver Gary Hansen ("Receiver Hansen") submitted an Affidavit in Support of Fee Applications [Docket No. 138] requesting approval of the payment of attorney's fees. Because Receiver Kelley's motion and Receiver Hansen's fee

applications involve similar considerations and in the interests of judicial economy, it is hereby ordered that arguments on Receiver Hansen's applications will also be heard at the hearing scheduled for 10:00 a.m. on December 23, 2008, regarding Receiver Kelley's motion.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 18, 2008.