IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 (ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1.   THOMAS JOSEPH PETTERS; | ) |
| PETTERS COMPANY, INC., | ) |
| PCI; PETTERS GROUP WORLDWIDE, LLC; | ) |
| 2.   DEANNA COLEMAN aka DEANNA MUNSON; | ) |
| 3.   ROBERT WHITE; | ) |
| 4.   JAMES WEHMHOFF; | ) |
| 5.   LARRY REYNOLDS dba | ) |
| NATIONWIDE INTERNATIONAL RESOURCES | ) |
| aka NIR; | ) |
| 6.   MICHAEL CATAIN dba | ) |
| ENCHANTED FAMILY BUYING COMPANY; | ) |
| 7.   FRANK E. VENNES JR., dba | ) |
| METRO GEM FINANCE, | ) |
| METRO GEM INC., | ) |
| GRACE OFFERINGS OF FLORIDA LLC, | ) |
| METRO PROPERTY FINANCING, LLC, | ) |
| 38 E. ROBINSON, LLC, | ) |
| 55 E. PINE, LLC, | ) |
| ORLANDO RENTAL POOL, LLC, | ) |
| 100 PINE STREET PROPERTY, LLC, | ) |
| ORANGE STREET TOWER, LLC, | ) |
| CORNERSTONE RENTAL POOL, LLC, | ) |
| 2 SOUTH ORANGE AVENUE, LLC, | ) |
| HOPE COMMONS, LLC, | ) |
| METRO GOLD, INC.; | ) |
| | ) |
| Defendants. | ) |

## ORDER TO APPROVE FEES TO RECEIVER AND ATTORNEYS

This matter is before the Court pursuant to the request of the Receiver seeking an order authorizing the Receiver to make the following interim payments for work performed on behalf of the Receiver or one of the above-named defendants:

| | | |
|---|---|---|
| 1. | Kelley & Wolter, P.A. | $ 39,607.50 |
| 2. | Lindquist & Vennum PLLP | $607,050.78 |
| 3. | Felhaber, Larson, Fenlon & Vogt | $247,905.35 |
| 4. | Joseph S. Friedberg | $150,000.00 |
| 5. | Greene Espel P.L.L.P. | $ 62,361.26 |
| 6. | Frederic Bruno & Associates | $ 74,700.00 |

IT IS HEREBY ORDERED THAT

1. The Receiver is authorized to make payment to Kelley & Wolter, P.A. in the amount of $39,607.50;

2. The Receiver is authorized to make payment to Lindquist & Vennum, PLLP in the amount of $607,050.78;

3. The Receiver is authorized to make payment to Felhaber, Larson, Fenlon & Vogt, P.A. in the amount of $247,905.35;

4. The Receiver is authorized to make payment to Joseph S. Friedberg, Chartered in the amount of $150,000.00;

5. The Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $62,361.26;

6. The Receiver is authorized to make payment to Frederic Bruno & Associates

in the amount of $ 74,700.00, and,

7.      The Receiver is directed to seek reimbursement of the foregoing sums to the extent possible under applicable insurance policies, including directors and officers liability policies maintained by Petters Company Inc., Petters Group Worldwide, LLC or any other related entity.

8.      These amounts are non-avoidable in any bankruptcy, insolvency or other proceeding.

BY THE COURT:

     s/Ann D. Montgomery     
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 23, 2008.