**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 08-5348 (ADM/JSM)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1. THOMAS JOSEPH PETTERS; | ) |
| PETTERS COMPANY, INC., | ) |
| PCI; PETTERS GROUP WORLDWIDE, LLC; | ) |
| 2. DEANNA COLEMAN aka DEANNA MUNSON; | ) |
| 3. ROBERT WHITE; | ) |
| 4. JAMES WEHMHOFF; | ) |
| 5. LARRY REYNOLDS dba | ) |
| NATIONWIDE INTERNATIONAL RESOURCES | ) |
| aka NIR; | ) |
| 6. MICHAEL CATAIN dba | ) |
| ENCHANTED FAMILY BUYING COMPANY; | ) |
| 7. FRANK E. VENNES JR., dba | ) |
| METRO GEM FINANCE, | ) |
| METRO GEM INC., | ) |
| GRACE OFFERINGS OF FLORIDA LLC, | ) |
| METRO PROPERTY FINANCING, LLC, | ) |
| 38 E. ROBINSON, LLC, | ) |
| 55 E. PINE, LLC, | ) |
| ORLANDO RENTAL POOL, LLC, | ) |
| 100 PINE STREET PROPERTY, LLC, | ) |
| ORANGE STREET TOWER, LLC, | ) |
| CORNERSTONE RENTAL POOL, LLC, | ) |
| 2 SOUTH ORANGE AVENUE, LLC, | ) |
| HOPE COMMONS, LLC, | ) |
| METRO GOLD, INC.; | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR AUTHORIZATION TO MAKE PAYMENTS RELATED TO FRANK E. VENNES

This matter is before the Court pursuant to the request of the Receiver for Frank E. Vennes seeking an order authorizing the Receiver to make the following interim payments for work performed on behalf of the receiver or on behalf of Frank E. Vennes, Jr. by Faegre & Benson LLP and Oppenheimer Wolff & Donnelly LLP.

IT IS HEREBY ORDERED THAT:

1.   The Receiver is authorized to make payment to Faegre & Benson LLP in the amount of $193,880.51; and

2.   The Receiver is authorized to make payment to Oppenheimer Wolff & Donnelly LLP in the amount of $119,609.61.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 23, 2008.