UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

            Plaintiff,

    v.

Thomas Joseph Petters; Petters Company,
Inc., a/k/a PCI; Petters Group Worldwide, LLC;
Deanna Coleman, a/k/a Deanna Munson;
Robert White; James Wehmhoff; Larry
Reynolds and/or d/b/a Nationwide International
Resources, a/k/a NIR; Michael Catain and/or d/b/a
Enchanted Family Buying Company;
Frank E. Vennes, Jr., and/or d/b/a Metro Gem
Finance, Metro Gem, Inc., Grace Offerings
of Florida, LLC, Metro Property Financing,
LLC, 38 E. Robinson, LLC, 55 E. Pine, LLC,
Orlando Rental Pool, LLC, 100 Pine Street
Property, LLC, Orange Street Tower, LLC,
Cornerstone Rental Pool, LLC, 2 South
Orange Avenue, LLC, Hope Commons, LLC,
Metro Gold, Inc.,

            Defendants,

Douglas A. Kelley,

            Receiver,

Gary Hansen,

            Receiver.

**ORDER**
Civil No. 08-5348 ADM/JSM

___

      Following a hearing on December 23, 2008, the Court granted the requests by Receiver Douglas A. Kelley ("Receiver Kelley") [Docket No. 152] and Receiver Gary Hansen ("Receiver Hansen") [Docket No. 138] for approval of the payment of attorney's fees. This Order is issued by the Court to supplement the previously-entered orders granting Receiver Kelley's and Receiver Hansen's requests [Docket Nos. 162 and 163] to clarify that no objections to Receiver

Kelley's or Receiver Hansen's requests were made by Plaintiff the United States of America or any other interested party.

Also during the course of the December 23, 2008 hearing, the Court considered the First Status Reports of Receiver Kelley [Docket No. 160] and Receiver Hansen [Docket No. 159], which describe the activities that the receivers have undertaken to date. The Court accepted the reports and ordered that Receiver Kelley's and Receiver Hansen's next status reports are due in 60 days.

                                              BY THE COURT:

                                              s/Ann D. Montgomery
                                              ANN D. MONTGOMERY
                                              U.S. DISTRICT JUDGE

Dated: December 23, 2008.