UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 0:08-cv-05348 |
| | ) | |
| Plaintiff, | ) | Hon. Ann D. Montgomery |
| | ) | |
| v. | ) | **NOTICE OF MOTION** |
| | ) | |
| THOMAS J. PETTERS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law, Ritchie Special Credit Investments, Ltd., Rhone Holdings II. Ltd, Yorkville Investment I, L.L.C., Ritchie Capital Structure Arbitrage Trading, Ltd., and Ritchie Capital Management L.L.C. (hereinafter "Ritchie" or "Petitioners"), by its attorneys Kelly & Berens, P.A., will move and hereby does move, at a date and time to be determined by the Court, for an order allowing Ritchie to intervene under Fed. R. Civ. P. 24 for the limited purpose of modifying and vacating the asset freeze and receivership orders herein, in part: (i) to modify or vacate the asset freeze and receivership orders to the extent that they restrain assets for which no proper showing under 18 U.S.C § 1345 has been made; and (ii) to declare the earlier asset freeze and receivership orders, to the extent modified or vacated, to be void *ab initio*.

Dated: March 23, 2009.                    KELLY & BERENS, P.A.

                                By: s/Max H. Kieley
                                    Timothy D. Kelly (#54926)
                                    Jennifer S. Wilson (#0281037)
                                    Max H. Kieley (#0389363)
                                    3720 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, Minnesota 55402
                                    (612) 349-6171

                                    ***Attorneys for Ritchie Special Credit Investments, Ltd., Rhone Holdings II. Ltd., Yorkville Investment I, L.LC., Ritchie Capital Structure Arbitrage Trading, Ltd and Ritchie Capital Management, L.L.C.***


                                    Brenda Grantland, Esq.
                                    *pro hac vice* admission to be filed
                                    20 Sunnyside Suite A-204
                                    Mill Valley, CA 94941
                                    (415) 380-9108
                                    (415) 381-6105 fax