IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 (ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS JOSEPH PETTERS, et. al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION REGARDING SALE OF
MEMBERSHIP INTEREST IN MN PINE MEADOWS, LLC**

Pursuant to the Court's Second Amended Order for Entry of Preliminary Injunction, Appointment of Receiver, and Other Equitable Relief dated December 8, 2008, Plaintiff United States of America; Defendant Thomas Joseph Petters ("Petters"), through his undersigned counsel; and Douglas A. Kelley, as Receiver for said Defendant hereby stipulate as to the matters set forth in that certain of Affidavit of Receiver Regarding Sale of Membership Interest in MN Pine Meadows, LLC (the "Affidavit") and agree that an Order may be issued by the Court authorizing the Receiver to sell the Membership Interest (as defined in the Affidavit) of Petters in the Company (as defined in the Affidavit) to the Other Members (as defined in the Affidavit) of the Company for the purchase price of $60,000.00. The sale of the Membership Interest of Petters in the Company to the Other Members constitutes an arm's length transaction for fair market value.

Dated this 17th day of August, 2009.

        B. TODD JONES
        United States Attorney

        By: s/Robyn A. Millenacker
        Robyn A. Millenacker (#214735)
        Assistant U.S. Attorney
        600 United States Courthouse
        300 South Fourth Street
        Minneapolis, MN 55415
        Tel: (612) 664-5600
        Email: robyn.millenacker@usdoj.gov
        ATTORNEYS FOR THE UNITED STATES
        OF AMERICA

        By: s/Douglas A. Kelley
        DOUGLAS A. KELLEY
        Receiver for Defendant Thomas Joseph Petters
        431 S. Seventh Street, Suite 2530
        Minneapolis, MN 55415
        Tel: (612) 371-9090
        Email: dkelley@kelleywolter.com

        FELHABER LARSON FENLON & VOGT, P.A

        By: s/Richard C. Salmen
        Richard C. Salmen (#95308)
        220 South 6th Street
        Suite 2200
        Minneapolis, MN 55402
        Tel: (612) 339-6321
        Email: rsalmen@felhaber.com
        ATTORNEYS FOR DEFENDANT THOMAS JOSEPH PETTERS

Doc# 3053799\1