IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 ADM/JSM

UNITED STATES OF AMERICA,                          )
                                                   )
                    Plaintiff,                     )
v.                                                 )
                                                   )
1.    THOMAS JOSEPH PETTERS;                       )
      PETTERS COMPANY, INC.,                       )
      PCI; PETTERS GROUP WORLDWIDE, LLC;           )
2.    DEANNA COLEMAN aka DEANNA MUNSON;            )
3.    ROBERT WHITE;                                )
4.    JAMES WEHMHOFF;                              )
5.    LARRY REYNOLDS dba                           )
      NATIONWIDE INTERNATIONAL RESOURCES           )
      aka NIR;                                     )
6.    MICHAEL CATAIN dba                           )
      ENCHANTED FAMILY BUYING COMPANY;             )
7.    FRANK E. VENNES JR., dba                     )
      METRO GEM FINANCE,                           )
      METRO GEM INC.,                              )
      GRACE OFFERINGS OF FLORIDA LLC,              )
      METRO PROPERTY FINANCING, LLC,               )
      38 E. ROBINSON, LLC,                         )
      55 E. PINE, LLC,                             )
      ORLANDO RENTAL POOL, LLC,                    )
      100 PINE STREET PROPERTY, LLC,               )
      ORANGE STREET TOWER, LLC,                    )
      CORNERSTONE RENTAL POOL, LLC,                )
      2 SOUTH ORANGE AVENUE, LLC,                  )
      HOPE COMMONS, LLC,                           )
      METRO GOLD, INC.;                            )
                                                   )
                    Defendants.                    )
                                                   )
      DOUGLAS A. KELLEY,                           )
                          Receiver,                )
                                                   )
      GARY HANSEN,                                 )
                          Receiver.                )

## ORDER FOR AUTHORIZATION TO MAKE PAYMENT TO PRICEWATERHOUSE COOPERS LLP

This matter is before the Court pursuant to the motion [Docket No. 559] of the Receiver to make interim payments for work performed on behalf of the Receivership by Pricewaterhouse Coopers LLP ("PwC") from December 16, 2008 to February 15, 2009. The Court required PwC to file an affidavit disclosing its relationship with Arrowhead Capital Finance, Ltd. ("Arrowhead"). Mem. Opinion and Order, Oct. 12, 2009 [Docket No. 653] at 9. The requirement was imposed to address an objecting party's concern that PwC's relationship with Arrowhead raises a conflict of interest. See Ritchie's Obj. to Mot. [Docket 618] at 4-6. Having reviewed the affidavit [Docket No. 668] filed by Theodore F. Martens, a partner with PwC, the Court finds no impediment to PwC's work on behalf of the Receivership at this time.

Based on the Receiver's recommendation, the invoice submitted for the Court's *in camera* review, and the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT**:

1.       The Receiver's Motion [Docket No. 559] is **GRANTED IN PART** and **DENIED IN PART.**

2.       The Receiver is authorized to make payment to  Pricewaterhouse Coopers LLP in the amount of $1,281,602.17.

3.       The Receiver is directed to seek reimbursement of the foregoing sums to the extent possible under applicable insurance policies, including directors and

2

officers liability policies maintained by Petters Company Inc., Petters

Group Worldwide, LLC or any other related entity.

BY THE COURT:


        s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  October 22, 2009.