IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 (ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS JOSEPH PETTERS, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## AMENDED MOTION TO AUTHORIZE AND CONFIRM SALE OF SWIMMING POOL BEACH PROPERTY IN THE BAHAMAS AND DIRECTING DELIVERY OF DEED

DOUGLAS A. KELLEY ("Receiver"), in his capacity as the Court Appointed Receiver in this action, respectfully moves this Court for an Order granting his motion to authorize and confirm the Purchase Agreement for the sale of the property consisting of approximately ninety (90) acres of unimproved land located between the Atlantic Ocean and The Queen's Highway in Clarence Town, Long Island, Bahamas, Florida under the Purchase Agreement and directing delivery of deed.

This Motion is supported by an accompanying Affidavit of the Receiver and Memorandum of Law.

Doc# 3122469\1

DATED: November 18, 2009

**LINDQUIST & VENNUM P.L.L.P.**

By   s/ Sandra Smalley-Fleming
    Sandra Smalley-Fleming # 296983
    ssmalley@lindquist.com
    Terrence J. Fleming, #128983
    tfleming@lindquist.com
    Nicole M. Siemens, #0322866
    nsiemens@lindquist.com
    James A. Lodoen, #0173605
    jlodoen@lindquist.com
    Jeffrey D. Smith, #0387035
    jsmith@lindquist.com

4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR RECEIVER DOUGLAS A. KELLEY**