IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 (ADM/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS J. PETTERS, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(c)

The undersigned counsel for Douglas A. Kelley, Receiver in this case, hereby certifies that the Amended Memorandum of Law in Support of the Sale of Swimming Pool Beach Property in the Bahamas complies with the length and type size limitations of LR 7.1. Said memorandum was prepared using the 2003 version of the Microsoft Word processing program. According to the "Word Count" function of that program, the number of words in the subject memorandum of law is 500 words.

Dated: November 18, 2009                    **LINDQUIST & VENNUM PLLP**

By   <u>s/ Sandra Smalley-Fleming</u>
    Sandra Smalley-Fleming # 296983
    ssmalley@lindquist.com
    Terrence J. Fleming, #0128983
    tfleming@lindquist.com
    Nicole M. Siemens, #0322866
    nsiemens@lindquist.com
    James A. Lodoen, #173605
    jlodoen@lindquist.com
    Jeffrey D. Smith, #0387035
    jsmith@lindquist.com

    4200 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    (612) 371-3211
    (612) 371-3207 (facsimile)

**ATTORNEYS FOR RECEIVER
DOUGLAS A. KELLEY**

Doc# 3122471\1