# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Civil No. 08-5348 ADM/JSM** |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER APPROVING THE SALE OF** |
| vs. | ) | **POLAROID LABS, LLC PATTENT** |
| | ) | **APPLICATIONS** |
| | ) | |
| THOMAS J. PETTERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon consideration of the STIPULATION by and between Plaintiff United States of America, through the United States Attorney's Office, and Receiver Douglas A. Kelley, who stipulate to the approval of the sale of Polaroid Labs, LLC's Patent Applications, the Court finds:

1. Polaroid Labs, LLC ("Polaroid Labs"), a wholly owned subsidiary of Defendant Petters Group Worldwide ("PGW"), has three patent applications ("the Applications") related to a browser-less navigation and program guides for user interface on digital media devices. The Applications include the following:

   • Serial No. 11/971,040: "Household Network Incorporating Secure Set-Top Devices;"

   • Serial No. 11/649,331: "Digital Consent Delivery Via Virtual Private Swarming Network (VPSN) Incorporating Secured Set-top Devices;"and

   • Serial No. 11/649,351: "Ubiquitous Navbar User Interface Across Multiple Heterogeneous Digital Media Devices."

2. Teleportall, LLC ("Teleportall") has offered to purchase the Applications for $40,000 without representations or warranties.

3. Sale of the Applications to Teleportall is an arms-length transaction between two unrelated entities. Teleportall is not affiliated or associated in any way with Polaroid Labs, or any other entity owned or controlled by PGW or any other defendant.

4. At Receiver's request, Mark Eaton of FTI reviewed the proposed transaction and opined that it is reasonable and the best current market value for the Receiver to sell the Patents to Teleportall as negotiated.

Therefore, IT IS ORDERED:

1. The sale of Polaroid Labs Patent Applications is approved:

   • Serial No. 11/971,040, "Household Network Incorporating Secure Set-Top Devices;"

   • Serial No. 11/649,331, "Digital Consent Delivery Via Virtual Private Swarming Network (VPSN) Incorporating Secured Set-top Devices;"and

   • Serial No. 11/649,351, "Ubiquitous Navbar User Interface Across Multiple Heterogeneous Digital Media Devices."

2. The net proceeds from the sale shall be paid to the Receiver, to be deposited into the receivership account.

**IT IS SO ORDERED.**

BY THE COURT:


        s/Ann D. Montgomery

ANN D. MONTGOMERY

U.S. DISTRICT JUDGE


Dated: November 25, 2009.