**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Civil No. 08-5348 ADM/JSM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER APPROVING** |
| | ) | **SALE OF** |
| THOMAS J. PETTERS, et al., | ) | **BAY RESIDENCE CONDO IN** |
| | ) | **COSTA RICA BELONGING TO** |
| Defendants. | ) | **DEANNA COLEMAN** |
| | ) | |

_____

Upon consideration of the STIPULATION [Docket No. 762] by and between Plaintiff United States of America, through the United States Attorney's Office, Defendant Deanna Coleman, through her counsel Allan Caplan, and Receiver Douglas A. Kelley (the "Receiver"), who stipulate to the approval of the sale of the Bay Residence Condo in Costa Rica (the "property"), the Court finds:

RECITALS:

1. Coleman formed a Costa Rican company, Davuloh Summer Beach Limitada, Corporate Identification number 3-102-443311for the purpose of purchasing a condo in Costa Rica. On September 14, 2006 Coleman through her company purchased unit 10-C Bay Residence of Del Mar Condominium Project ("Condo") in Los Sueños Resort, Playa Herradura, Costa Rica for $1,275,000. There is no mortgage on the Condo.

2. According to the Public Registry of Costa Rica, Coleman is the only legal representative of Davuloh Summer Beach Limitada with full powers over the company and

its assets.

3.  The Receiver hired attorney Melvin Rudelman ("Rudelman") to assist in the sale of the Condo and to be the power of attorney for Coleman.  On November 10, 2009 Rudelman  received an offer from Rodolfo Dent, President of Inversiones Yeya, S.A., to purchase the Condo for $750,000.  Based upon the information from Rudelman, listing agent Lisle Head, and Robert Richman, an individual hired by the Receiver to determine the Condo's value, the offered price is a reasonable price given the current real estate market condition in Costa Rica.

4. The sale to Inversiones Yeya, S.A. is an arms-length transaction between two unrelated parties.  The buyer is not affiliated or associated in any way with Coleman individually, or any other entity owned or controlled by Coleman, including Davuloh Summer Beach, Ltd.

Therefore, IT IS ORDERED:

The sale of real property known as Unit 10-C in the Bay Residence of Del Mar Condominium Project in Los Sueños Resort, Playa Herradura, Costa Rica for $750,000 to Inversiones Yeya, S.A. is approved.

BY THE COURT:


_____s/Ann D. Montgomery_____
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 8, 2009.

2