## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Civil No. 08-5348 ADM/JSM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER APPROVING THE** |
| vs. | ) | **SALE OF MAPLE GROVE** |
| | ) | **PROPERTY BELONGING TO** |
| THOMAS J. PETTERS, et al., | ) | **JAMES C. WEHMHOFF** |
| | ) | |
| Defendants. | ) | |

_____

Upon consideration of the STIPULATION [Docket No. 763] by and between Plaintiff United States of America, through the United States Attorney's Office, Defendant James C. Wehmhoff, through his counsel David Wallace-Jackson, and Receiver Douglas A. Kelley (the "Receiver"), who stipulate to the approval of the sale of the Maple Grove property ("property"), the Court finds:

1. The property was purchased by Intrepid Investments, LLC.

2. Joseph Rein spent 56 hours and Michael Wehmhoff spent 167 hours constructing improvements to the property as members of Intrepid and are requesting payment at a rate of $35.00 per hour, which equates to $1,960.00 for Joseph Rein and $5,845 for Michael Wehmhoff.

3. At the Receiver's request an independent analysis of the marketplace was conducted. Three real estate broker groups recommended a listing price for the property ranging from $265,000 and $289,000 with the likely sale price ranging from $250,000 to $270,000.

4.  Eric Hahn has offered to purchase the property for a net offer of $250,000, which falls within the sales price range projected by the three groups of listing agents interviewed by the Receiver's representatives.

5.  The sale to Mr. Hahn would be an arms-length transaction between two unrelated individuals.

Therefore, IT IS ORDERED:

1.  The sale of real property 10052 104th Avenue North, City of Maple Grove, County of Hennepin, State of Minnesota, and legally described as:

    > Lot 3, Block 8, Maple Grove First Addition, Hennepin County, Minnesota;

    is approved.

2.  The proceeds from the sale shall be paid to the Receiver, to be deposited into the receivership account.

3.  The Receiver shall pay Joseph Rein $1,960.00 for the work performed on the property.

4.  The Receiver shall pay Michael Wehmhoff $5,845.00 for the work performed on the property.

                BY THE COURT:

                s/Ann D. Montgomery
                ANN D. MONTGOMERY
                U.S. DISTRICT JUDGE

Dated: December 8, 2009.