IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 (ADM/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | ) |
| | | ) |
| | Plaintiff, | ) |
| v. | | ) |
| | | ) |
| 1. | THOMAS JOSEPH PETTERS; | ) |
| | PETTERS COMPANY, INC., aka | ) |
| | PCI; PETTERS GROUP WORLDWIDE, LLC; | ) |
| 2. | DEANNA COLEMAN aka DEANNA MUNSON; | ) |
| 3. | ROBERT WHITE; | ) |
| 4. | JAMES WEHMHOFF; | ) |
| 5. | LARRY REYNOLDS, and/or dba NATIONWIDE | ) |
| | INTERNATIONAL RESOURCES aka NIR; | ) |
| 6. | MICHAEL CATAIN, and/or dba ENCHANTED | ) |
| | FAMILY BUYING COMPANY; | ) |
| 7. | FRANK E. VENNES JR., and/or dba METRO GEM | ) |
| | FINANCE, | ) |
| | METRO GEM INC., | ) |
| | GRACE OFFERINGS OF FLORIDA, LLC, | ) |
| | METRO PROPERTY FINANCING, LLC, | ) |
| | 38 E. ROBINSON, LLC, | ) |
| | 55 E. PINE, LLC, | ) |
| | ORLANDO RENTAL POOL, LLC, | ) |
| | 100 PINE STREET PROPERTY, LLC, | ) |
| | ORANGE STREET TOWER, LLC, | ) |
| | CORNERSTONE RENTAL POOL, LLC, | ) |
| | 2 SOUTH ORANGE AVENUE, LLC, | ) |
| | HOPE COMMONS, LLC, | ) |
| | METRO GOLD, INC.; | ) |
| | Defendants. | ) |
| | | ) |
| DOUGLAS A. KELLEY, | | ) |
| | Receiver, | ) |
| | | ) |
| GARY HANSEN, | | ) |
| | Receiver. | ) |

## NOTICE OF MOTION TO APPROVE FEE APPLICATION OF LINDQUIST & VENNUM PLLP.

PLEASE TAKE NOTICE that on February 8, 2010 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Receiver Douglas A. Kelley will move the Court, the Honorable Ann D. Montgomery, United States District Judge presiding, for an order approving payment of fees to Lindquist & Vennum PLLP in the amount of $104,138.12

Dated: January 29, 2010                    Respectfully submitted,

**KELLEY, WOLTER & SCOTT, P.A.**


 s/Douglas A. Kelley
Douglas A. Kelley, #54525
Receiver
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN  55415
(612) 371-9090