# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civ. No. 08-5348 ADM/JSM |
| Plaintiff, | |
| vs. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS RELATED TO FRANK E. VENNES** |
| Frank E. Vennes, Jr., *et al.,* | |
| Defendants. | |

This matter is before the Court pursuant to the motion [Docket No. 1102] of Receiver Gary Hansen (the "Receiver") for an order authorizing him to make interim payments for legal and accounting services provided (1) to Defendant Frank E. Vennes, Jr. ("Vennes") by Faegre & Benson LLP; (2) by the Receiver and on behalf of the Receiver by Oppenheimer Wolff & Donnelly LLP; and (3) by Baker Tilly Virchow Kraus, LLP on behalf of the Receiver.

A hearing was held on May 27, 2010. Gary Hansen, Oppenheimer Wolff & Donnelly LLP appeared on behalf of the Receiver. Assistant United States Attorney Gregory G. Brooker, counsel for Plaintiff, and James Volling, Faegre & Benson LLP, counsel for Vennes, were present in the courtroom. No objections were filed or raised at the hearing.

Based on the pleadings, files and records herein, including the Court's *in camera* review of the detailed invoices,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion [Docket No. 1102] is GRANTED. The Receiver is authorized to make the following payments:

1. Faegre & Benson LLP in the amount of $165,612.54;

2. Oppenheimer Wolff & Donnelly LLP in the amount of $166,117.03; and

3. Baker Tilly Virchow Kraus, LLP in the amount of $29,060.00.

                BY THE COURT:

                s/Ann D. Montgomery
                ANN D. MONTGOMERY
                U.S. DISTRICT JUDGE

Dated: May 27, 2010.