IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 ADM/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1. THOMAS JOSEPH PETTERS; | ) | |
| PETTERS COMPANY, INC., | ) | |
| PCI; PETTERS GROUP WORLDWIDE, LLC; | ) | |
| 2. DEANNA COLEMAN aka DEANNA MUNSON; | ) | |
| 3. ROBERT WHITE; | ) | |
| 4. JAMES WEHMHOFF; | ) | |
| 5. LARRY REYNOLDS dba | ) | |
| NATIONWIDE INTERNATIONAL RESOURCES | ) | |
| aka NIR; | ) | |
| 6. MICHAEL CATAIN dba | ) | |
| ENCHANTED FAMILY BUYING COMPANY; | ) | |
| 7. FRANK E. VENNES JR., dba | ) | |
| METRO GEM FINANCE, | ) | |
| METRO GEM INC., | ) | |
| GRACE OFFERINGS OF FLORIDA LLC, | ) | |
| METRO PROPERTY FINANCING, LLC, | ) | |
| 38 E. ROBINSON, LLC, | ) | |
| 55 E. PINE, LLC, | ) | |
| ORLANDO RENTAL POOL, LLC, | ) | |
| 100 PINE STREET PROPERTY, LLC, | ) | |
| ORANGE STREET TOWER, LLC, | ) | |
| CORNERSTONE RENTAL POOL, LLC, | ) | |
| 2 SOUTH ORANGE AVENUE, LLC, | ) | |
| HOPE COMMONS, LLC, | ) | |
| METRO GOLD, INC.; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DOUGLAS A. KELLEY, | ) | |
| Receiver, | ) | |
| GARY HANSEN, | ) | |
| Receiver. | ) | |

## ORDER EXTENDING DEADLINE TO FILE AFFIDAVIT OF PRICEWATERHOUSECOOPERS, LLP

This matter is before the Court on the Receiver's motion to extend the deadline for filing the affidavit from PricewaterhouseCoopers, LLP, as required by this Court's Order filed June 11, 2010, from July 1, 2010 until July 9, 2010. Based upon the files and records, and proceedings herein, and good cause having been shown for the requested extension,

**IT IS HEREBY ORDERED** that on or before July 9, 2010 PwC shall electronically file an affidavit providing the following information:

a. A description of the value brought or expected to be brought to the receivership as a result of the PwC fees and expenses approved by the Court to date;

b. A budget outlining projected costs of services performed or to be performed on behalf of the receivership from January 1, 2010 to the completion of the project; and

c. A timetable providing an anticipated schedule and conclusion date for future services.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 1, 2010.