IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 08-5348 ADM/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| 1. THOMAS JOSEPH PETTERS; PETTERS COMPANY, INC., PCI; PETTERS GROUP WORLDWIDE, LLC; | ) | |
| 2. DEANNA COLEMAN aka DEANNA MUNSON; | ) | |
| 3. ROBERT WHITE; | ) | |
| 4. JAMES WEHMHOFF; | ) | |
| 5. LARRY REYNOLDS dba NATIONWIDE INTERNATIONAL RESOURCES aka NIR; | ) | |
| 6. MICHAEL CATAIN dba ENCHANTED FAMILY BUYING COMPANY; | ) | |
| 7. FRANK E. VENNES JR., dba METRO GEM FINANCE, METRO GEM INC., GRACE OFFERINGS OF FLORIDA LLC, METRO PROPERTY FINANCING, LLC, 38 E. ROBINSON, LLC, 55 E. PINE, LLC, ORLANDO RENTAL POOL, LLC, 100 PINE STREET PROPERTY, LLC, ORANGE STREET TOWER, LLC, CORNERSTONE RENTAL POOL, LLC, 2 SOUTH ORANGE AVENUE, LLC, HOPE COMMONS, LLC, METRO GOLD, INC.; | ) | |
| Defendants. | ) | |
| | ) | |
| DOUGLAS A. KELLEY, Receiver, | ) | |
| | ) | |
| GARY HANSEN, Receiver. | ) | |

_____

Steven E. Wolter, Esq., Kelley Wolter & Scott, P.A., Minneapolis, MN, on behalf of Receiver Douglas A. Kelley.

Assistant United States Attorney Surya Saxena, Minneapolis, MN, on behalf of Plaintiff United States of America.
_____

### ORDER FOR AUTHORIZATION TO MAKE PAYMENTS
### FOR SERVICES PROVIDED TO THE RECEIVERSHIP

On August 31, 2010, the Court heard oral argument on the requests [Docket Nos. 1380 and 1385] by Receiver Douglas A. Kelley ("Receiver Kelley") seeking authorization to make interim payments for legal work performed by Fruth, Jamison & Elsass, PLLC and tax services provided by Bernick, Lifson, Greenstein, Greene & Liszt, P.A. on behalf of the receivership. Plaintiff United States of America ("the Government") filed a Response [Docket No. 1395] which was orally supplemented at the hearing by the Government's statements that it has reviewed the underlying invoices for both fee petitions and does not object to the Motions. No other responses or objections were filed or raised at the hearing. Based upon the files and records herein, the oral arguments of counsel, and the Court's review of the underlying invoices,

IT IS HEREBY ORDERED THAT:

1. Receiver Kelley's Motions [Docket Nos. 1380 and 1385] are GRANTED. Receiver Kelley is authorized to make payments as follows:

    a. Bernick, Lifson, Greenstein, Greene, & Liszt, P.A.   $5,578.39

      b.  Fruth, Jamison & Elsass, PLLC                        $135,902.67

2.      The Receiver is directed to seek reimbursement of the foregoing sums to the extent possible under applicable insurance policies, including directors and officers liability policies maintained by Petters Company Inc., Petters Group Worldwide, LLC or any other related entity.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: August 31, 2010.