UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                Civil No. 08-5348 ADM/JSM

Thomas Joseph Petters; Petters Company,
Inc., a/k/a PCI; Petters Group Worldwide, LLC;
Deanna Coleman, a/k/a Deanna Munson;
Robert White;
James Wehmhoff;
Larry Reynolds, and/or dba Nationwide International
Resources, aka NIR;
Michael Catain and/or dba Enchanted
Family Buying Company;
Frank E. Vennes, Jr., and/or dba Metro Gem
Finance, Metro Gem, Inc., Grace Offerings
of Florida, LLC, Metro Property Financing,
LLC, 38 E. Robinson, LLC, 55 E. Pine, LLC,
Orlando Rental Pool, LLC, 100 Pine Street
Property, LLC, Orange Street Tower, LLC,
Cornerstone Rental Pool, LLC, 2 South
Orange Avenue, LLC, Hope Commons, LLC,
Metro Gold, Inc.,

        Defendants,

Douglas A. Kelley,

        Receiver,

Gary Hansen,

        Receiver.

_____

Steven E. Wolter, Esq., Kelley Wolter & Scott, P.A., Minneapolis, MN, on behalf of Receiver Douglas A. Kelley.

Jennifer S. Wilson, Esq., Kelly & Berens, P.A., Minneapolis, MN, on behalf of Ritchie Special Credit Investments, Ltd., Rhone Holdings II. Ltd., Yorkville Investment I, L.L.C., Ritchie Capital Structure Arbitrage Trading, Ltd., and Ritchie Capital Management L.L.C.

Surya Saxena, Assistant United States Attorney, Minneapolis, MN, on behalf of Plaintiff United States of America.

___

**ORDER FOR AUTHORIZATION TO MAKE PAYMENTS
FOR SERVICES PROVIDED TO THE RECEIVERSHIP**

On August 26, 2010, the Court heard oral argument on the requests [Docket Nos. 1353, 1358, 1362, and 1366] of Receiver Douglas A. Kelley ("Receiver Kelley") to authorize interim payment for legal and accounting services provided to the receivership and legal services performed on behalf of Defendant Michael Catain ("Defendant Catain").

Plaintiff United States of America ("the Government") filed a Response [Docket No. 1389] to the Motions. The Government is satisfied with the level of transparency achieved by the public filing of billing statements underlying the fee requests for services performed on behalf of the receivership. The Government considers the services provided by Receiver Kelley and his retained professionals to be necessary and justified given the complexity of the work and the benefit realized by the receivership estate, and, therefore, does not oppose those fee petitions. With regard to the fee petition for legal services provided to Defendant Catain, the Government states it cannot respond to the reasonableness of the request because it does not have access to the invoice underlying the fee petition.

Ritchie Special Credit Investments, Ltd., Rhone Holdings II. Ltd., Yorkville Investment I, L.L.C., Ritchie Capital Structure Arbitrage Trading, Ltd., and Ritchie Capital Management L.L.C. (collectively "Ritchie") filed an Objection [Docket No. 1390] to the fee applications of Receiver Kelley's law firm Kelley Wolter & Scott, P.A. ("Kelley Wolter") and his legal counsel Lindquist & Vennum PLLP ("Lindquist & Vennum"). Ritchie objects to payment of services performed by Kelley Wolter and Lindquist & Vennum relating to forfeiture, restitution, and the

coordination plan.  The Court finds these services to be compensable for the reasons discussed in its August 31, 2010 Order [Docket No. 1400], and the Objection is therefore overruled.

At the hearing, Receiver Kelley's counsel requested an extension of the September 1, 2010 deadline to file fee petitions for PricewaterhouseCoopers' ("PwC") services performed on or before July 31, 2010.  Counsel explained that PwC required more time to properly allocate its expenses among the receivership and the bankruptcy estates of certain Petters entities.  The Court extended the deadline to September 24, 2010.

Based upon the files and records herein, the oral arguments of counsel, and the Court's review of the underlying invoices, **IT IS HEREBY ORDERED** that:

1. Receiver Kelley's motions [Docket Nos. 1353, 1358, 1362, and 1366] are **GRANTED.**  Receiver Kelley is authorized to make payments as follows:

    a. Kelley Wolter & Scott, P.A.    $164,131.38

    b. Lindquist & Vennum, PLLP    $41,665.71

    c. Tonya Rosso    $2,183.06

    d.. Colich & Associates    $22,420.00

2. The deadline to file the fee petition for services provided by PwC to the receivership through July 31, 2010 is extended to September 24, 2010.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: September 23, 2010.