IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 08-5348 ADM/JSM |
| ) | |
| 1.  THOMAS JOSEPH PETTERS; ) | |
| PETTERS COMPANY INC., ) | |
| PCI; PETTERS GROUP WORLDWIDE, LLC; ) | |
| 2.  DEANNA COLEMAN aka DEANNA MUNSON; ) | |
| 3.  ROBERT WHITE; ) | |
| 4.  JAMES WEHMHOFF; ) | |
| 5.  LARRY REYNOLDS dba ) | |
| NATIONWIDE INTERNATIONAL RESOURCES ) | |
| aka NIR; ) | |
| 6.  MICHAEL CATAIN dba ) | |
| ENCHANTED FAMILY BUYING COMPANY; ) | |
| 7.  FRANK E. VENNES JR. dba ) | |
| METRO GEM FINANCE ) | |
| METRO GEM INC., ) | |
| GRACE OFFERINGS OF FLORIDA LLC, ) | |
| METRO PROPERTY FINANCING, LLC, ) | |
| 38 E. ROBINSON, LLC, ) | |
| 55 E. PINE, LLC, ) | |
| ORLANDO RENTAL POOL, LLC, ) | |
| 100 PINE STREET PROPERTY, LLC, ) | |
| ORANGE STREET TOWER, LLC, ) | |
| CORNERSTONE RENTAL POOL, LLC, ) | |
| 2 SOUTH ORANGE AVENUE, LLC, ) | |
| HOPE COMMONS, LLC, ) | |
| METRO GOLD, INC., ) | |
| ) | |
| Defendants. ) | |

---

James A. Lodoen, Esq., Lindquist & Vennum P.L.L.P., Minneapolis, MN, on behalf of Receiver Douglas A. Kelley.

---

**ORDER**

This matter came before the Court on the Motion [Docket No. 2081] of Receiver Douglas A. Kelley (the "Receiver"), to Approve the Settlement Agreement and Mutual Release (the "Settlement Agreement") entered into by and between Douglas A. Kelley, as the Receiver of Thomas J. Petters and the Thomas J. Petters Family Foundation, and Cathedral High School. No objections to the Motion were filed or raised at the hearing. Based upon the files and records herein and the oral arguments of counsel,

IT IS ORDERED:

1. The Settlement Agreement is hereby approved and the Receiver is authorized to abide by and to perform in conformance with the terms thereof.

2. The Receiver is authorized to execute any agreements or documents and take any action to carry out the terms of the Settlement Agreement.

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**


BY THE COURT:


    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: November 28, 2011.